■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN A. HOWARD, Appellant. [946 NYS2d 917]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered February 20, 2009. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting

him upon his plea of guilty of robbery in the second degree (Penal Law § 160.10 [1]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez,* 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo,* 92 NY2d 825, 827 [1998]; *People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ The People of the State of New York, Respondent, v Braveon Grant, Appellant. [947 NYS2d 352]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered December 20, 2010. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.